IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| SHARON JACKSON, on behalf of herself and all other similarly situated, ) ) ) Plaintiff, ) ) vs. ) ) ARKANSAS CONTINUED CARE ) HOSPITAL OF JONESBORO, LLC; ) ARKANSAS CONTINUED CARE ) HOSPITAL OF HOT SPRINGS, LLC; ) ARKANSAS CONTINUED CARE, LLC; ) G&A PARTNERS; G&A OUTSOURCING, ) LLC; and MICHAEL COOPER, ) ) Defendants. ) | Case No: 3:23-cv-00152 DPM |

## DEFENDANTS G&A PARTNERS' AND G&A OUTSOURCING, LLC'S NOTICE OF CORRECTION

Defendants, G&A Partners and G&A Outsourcing, LLC ("Defendants"), by and through counsel, hereby file this Notice of Correction and state the following:

After mailing the Notice of Removal to the Clerk's Office on June 30, 2023, Counsel for Defendants discovered that the date of service of the summons and complaint was listed on the Notice of Removal as June 12, 2023, instead of the correct date of June 2, 2023. This Notice of Correction is filed to correct the inadvertent error and substitute the correct date of service of the summons and complaint.

This the 3rd day of July 2023.

Respectfully Submitted,

FISHER & PHILLIPS LLP

*/s/ Jeff Weintraub*
Jeff Weintraub (AR Bar No. 2010006)
J. Gregory Grisham (Admitted to ED of AR)
1715 Aaron Brenner Drive, Suite 312
Renaissance Center
Memphis, Tennessee 38120
Phone: (901) 526-0431
Fax: (901) 526-8183
jweintraub@fisherphillips.com

*Counsel for Defendants G & A Partners; and G & A Outsourcing, LLC*

## CERTIFICATE OF SERVICE

This is to certify that on July 3, 2023, a copy of the foregoing was filed using the CM/ECF system which served a copy of same upon the following:

Luther Oneal Sutter (ARBN 95031)
Lucien R. Gillham (ARBN 99199)
Sutter & Gillham, PLLC
1501 N. Pierce Street, Suite 105
Little Rock, AR 72207
Luthersutter.law@gmail.com
Lucien.gillham@gmail.com

Danielle Whitehouse Owens
Gill Ragon Owen, P.A.
425 West Capitol Ave., Ste. 3800
Little Rock, AR 72201
dowens@gill-law.com

*/s/ Jeff Weintraub*
Jeff Weintraub