**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **SHARON JACKSON, on behalf of herself**<br>**and all other similarly situated,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No: 3:23-cv-00152 DPM** |
| | ) | |
| **ARKANSAS  CONTINUED CARE** | ) | |
| **HOSPITAL OF JONESBORO, LLC;** | ) | |
| **ARKANSAS  CONTINUED CARE** | ) | |
| **HOSPITAL OF HOT SPRINGS, LLC;** | ) | |
| **ARKANSAS  CONTINUED CARE, LLC;** | ) | |
| **G&A PARTNERS; G&A OUTSOURCING,** | ) | |
| **LLC; and MICHAEL COOPER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS G&A OUTSOURCING, LLC DBA G&A PARTNERS' CORPORATE DISCLOSURE STATEMENT

Defendants G&A Outsourcing, LLC dba G&A Partners, by and through counsel, hereby submit this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and state the following:

G&A Outsourcing, LLC dba G&A Partners is a wholly owned subsidiary of G&A Partners Holding Company, LLC, a Delaware limited liability company.

This the 3rd day of July 2023.

Respectfully Submitted,

FISHER & PHILLIPS LLP

/s/ Jeff Weintraub
Jeff Weintraub (AR Bar No. 2010006)
J. Gregory Grisham (Admitted to ED of AR)
1715 Aaron Brenner Drive, Suite 312
Renaissance Center
Memphis, Tennessee 38120
Phone: (901) 526-0431
Fax: (901) 526-8183
jweintraub@fisherphillips.com

*Counsel for Defendants G & A Partners; and G & A Outsourcing, LLC*

## CERTIFICATE OF SERVICE

This is to certify that on July 3, 2023, a copy of the foregoing was filed using the CM/ECF system which served a copy of same upon the following:

Luther Oneal Sutter (ARBN 95031)
Lucien R. Gillham (ARBN 99199)
Sutter & Gillham, PLLC
1501 N. Pierce Street, Suite 105
Little Rock, AR 72207
Luthersutter.law@gmail.com
Lucien.gillham@gmail.com

Danielle Whitehouse Owens
Gill Ragon Owen, P.A.
425 West Capitol Ave., Ste. 3800
Little Rock, AR 72201
dowens@gill-law.com

/s/ Jeff Weintraub
Jeff Weintraub