IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SHARON JACKSON, on behalf of
herself and all others similarly situated                                    PLAINTIFF

v.                              No. 3:23-cv-152-DPM

ARKANSAS CONTINUED CARE
HOSPITAL OF JONESBORO, LLC;
ARKANSAS CONTINUED CARE
HOSPITAL OF HOT SPRINGS, LLC;
ARKANSAS CONTINUED CARE, LLC;
G&A PARTNERS; G&A
OUTSOURCING, LLC; and
MICHAEL COOPER                                                              DEFENDANTS

ORDER

Stay lifted and case reactivated. Joint motion, *Doc. 28*, granted. Arbitrator's decision confirmed. The proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 2027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith compromise of the parties' wage-related dispute. And the parties negotiated the attorney's fees and costs separately. *Barbee*, 927 F.3d at 1027. The complaint will be dismissed with prejudice.

-2-

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 March 2025