IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SHARON JACKSON, on behalf of
herself and all others similarly situated                    PLAINTIFF

v.                          No. 3:23-cv-152-DPM

ARKANSAS CONTINUED CARE
HOSPITAL OF JONESBORO, LLC;
ARKANSAS CONTINUED CARE
HOSPITAL OF HOT SPRINGS, LLC;
ARKANSAS CONTINUED CARE, LLC;
G&A PARTNERS; G&A
OUTSOURCING, LLC; and
MICHAEL COOPER                                               DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 23 May 2025 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

24 March 2025